## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Craig Johnson,                                             Civil No. 11-2309 (DWF/FLN)

          Plaintiff,

v.                                                 **ORDER ADOPTING REPORT**
                                                    **AND RECOMMENDATION**

Mark Olson (Account), Erick Olson
(Account), Bob Western Delivery,
and Airnet Employees (Banks),

          Defendants.

---

Craig Johnson, *Pro Se*, Plaintiff.

---

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 11, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that:

      1.     Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

      2.     This action is summarily **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 30, 2011         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge